# UNITED STATES DISTRICT COURT
for the
District of Oregon

**SEALED**

| | |
|---|---|
| United States of America<br>v.<br>DELGADO BLANCO, Juan<br><br>*Defendant(s)* | )<br>)<br>)  Case No.   3:23-mj-102<br>)<br>)<br>)<br>) |

## CRIMINAL COMPLAINT
## BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of __May 30, 2023__ in the county of __Marion__ in the _____ District of __Oregon__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 21 U.S.C. § 841(a)(1) | Possession with Intent to Distribute (Methamphetamine) |

This criminal complaint is based on these facts:

See affidavit of DEA, Special Agent William Chipain, which is attached and incorporated fully by reference

☑ Continued on the attached sheet.

/s/ By Phone
*Complainant's signature*

William Chipain, DEA Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone at 7:00 p.m.

Date: 06/13/2023

*Judge's signature* (Jolie A. Russo)

City and state: Portland, Oregon

Honorable Jolie A. Russo, U.S. Magistrate Judge
*Printed name and title*