SEALED

3:23-mj-102

DISTRICT OF OREGON, ss:	AFFIDAVIT OF WILLIAM CHIPAIN

**Affidavit in Support of a Criminal Complaint and Arrest Warrant**

I, William Chipain, being duly sworn, do hereby depose and state as follows:

**Introduction and Agent Background**

1.  I am a Special Agent with the Drug Enforcement Administration (DEA) and have been since August 2022. I am currently assigned to the DEA Seattle Field Division (SFD) Portland District Office (PDO). As a Special Agent of the DEA, I have participated in numerous drug investigations, including in Title III wiretap investigations of violations of the Controlled Substances Act, Title 21, United States Code, Section 801, et seq. I have received specialized training from the DEA, including a 17-week Basic Agent Training course. Prior to my assignment to the PDO, I was a sworn law enforcement officer with the United States Secret Service for 1 year and 5 months. During that time frame, I was assigned to the White House and later joined the Specialized Rifle Unit in the Special Operations Division. Due to my training and experience with the Drug Enforcement Administration, I am familiar with investigations of drug trafficking organizations (hereinafter, "DTOs"), including identifying methods of importation and distribution of controlled substances, and how controlled substances are manufactured, consumed, packaged, marketed, smuggled, and distributed. I am also familiar with various tactics used by DTOs to import drugs into the United States, communicate with members of the DTOs, and arrange for transportation and distribution of drugs

2.  I submit this affidavit in support of a criminal complaint and arrest warrant for the following individuals and crime:

- **Juan Delgado Blanco**

/ /

**Page 1 – Affidavit of William Chipain**

for Possession with Intent to Distribute Methamphetamine, a Schedule II controlled substance, in violation of 21 U.S.C. § 841(a)(1). As set forth below, there is probable cause to believe, and I do believe, that **Juan Delgado Blanco** and have violated 21 U.S.C. § 841(a)(1).

3.  This affidavit is intended only to show that there is sufficient probable cause for the requested criminal complaint and arrest warrants and does not set forth all of my knowledge about this matter. The facts set forth in this affidavit are based on my own personal knowledge, knowledge obtained from other individuals during my participation in this investigation, including other law enforcement officers, interviews of witnesses, a review of records related to this investigation, communications with others who have knowledge of the events and circumstances described herein, and information gained through my training and experience.

## Applicable Law

4.  Title 21, United States Code, Section 841(a)(1) makes it a crime to possess with intent to distribute a controlled substance.

## Confidential Sources

5.  Cooperating Defendant-1 (hereinafter "CD-1"), began providing information to DEA Portland in May of 2023 in hopes of receiving favorable consideration on pending State of Oregon charges of schedule II drug distribution and a felon in possession of body armor. CD-1 is signed up as a cooperating defendant with the Oregon City Police Department ("OCPD") and began working for OCPD in May 2023. CD-1 has been charged with multiple parole violations, giving false information to law enforcement, and has been charged with felony unlawful methamphetamine distribution. CD-1 may receive a benefit on reduced sentencing for criminal charges as a result of CD-1's assistance to law enforcement on this and other investigations, but no promises have been made to CD-1. Further, CD-1's information has been independently

**Page 2 – Affidavit of William Chipain**

corroborated through several debriefings with investigators and consensually recorded calls. Based on that corroboration, investigators believe the information CD-1 has provided is reliable and credible.

## Background of Investigation

6.  In May 2023, DEA Portland began an investigation into an individual initially known to investigators as "P," a Mexico based source-of-supply for methamphetamine, operating as a dispatcher for the Portland, Woodburn, and Salem, Oregon, area. This investigation started after an Oregon City Police Department (OCPD) officer contacted agents with the DEA Portland District Office regarding information CD-1 could provide about "P." CD-1 told investigators they (CD-1) usually met one of "P's" drug distributors in the Woodburn, Oregon, area and that multiple couriers have delivered drugs to CD-1 in the past on behalf of "P." CD-1 told investigators that they usually message or call "P" directly on a Mexico-based number, order a specific amount of drugs, and then "P" dispatches a courier to deliver the drugs to CD-1 in the Woodburn, Oregon, area. CD-1 later stated that "P" had a new Oregon-based number and that the older number would be shut off.

### *Buy/Walk Operation on May 30, 2023*

7.  On May 29, 2023, at the behest of investigators, CD-1 placed a recorded phone call to "P's" Oregon-based phone number to order two pounds of methamphetamine. The below communications are part of a summary of a 2:50 minute English phone call prepared by investigators. All the details of the conversations are not included.

/ / /

/ / /

/ / /

Page 3 – Affidavit of William Chipain

*[The conversation started out with "P" and CD-1 having communication errors and trying to hear each other over the phone.]*

*P: Yeah I can hear you, what's up?*

*CD-1: How are you doin?*

*P: I'm good, how about yourself?*

*CD-1: Good, I'm good. Hey I was wondering If I can get a couple pounds from you…of crystal. Yeah I just figured I'd be there tomorrow so I figured I'd call you tonight.*

*P: Yeah, you still good on powder?*

*CD-1: Uh, yeah yeah yeah, that guy got all that, so if I need I just get a little bit from him here and there.*

*P: Yeah we can definitely do that. You can do tomorrow right? If you can try and call my other phone first, try to call my other phone first, and then you can try to call me on this one.*

*CD-1: Okay will you shoot me a text with your other phone number when we're all done here when we're off the phone?*

*P: I will, ill text you, I'll be like, I'll say "it's a Mexican dude."*

*CD-1: Okay yeah, right on. Yeah I'll be able to meet you in Woodburn tomorrow too.*

*P: Perfect.*

*CD-1: I'll call you at 11:00, it's a few hours ahead of time, is that good enough?*

*P: I'm only an hour ahead of you*

*CD-1: Okay, I'll call you at eleven O' clock my time okay? Call me anytime.*

*P: Alright bro.*

*CD-1: Okay bro, alright buddy.*

*P: Okay, bye.*

**Page 4 – Affidavit of William Chipain**

8.  Through my training, knowledge, and experience, I am aware that narcotics traffickers utilize shorthand terminology when discussing narcotics transactions. When CD-1 asked "P" for "crystal," I believe that the terminology "crystal" was being used for methamphetamine due to the fact that methamphetamine often comes in crystalline form. Furthermore, "P" asked CD-1, "You still good on powder?" I am aware that "powder" is short hand for fentanyl powder, due to the fact that fentanyl is often sold in powder form by DTOs.

9.  On May 30, 2023, +52 (xxx) xxx-4438 (4438) sent a text message to CD-1. The user of the phone stated they were the "Mexican guy" ("P", as established in the previous phone call). CD-1 established the deal location at the McDonalds located at 2910 Newburg Highway, Woodburn, Oregon, and CD-1 stated they would be giving $2,350.00, referring to the 2 pounds of methamphetamine CD-1 requested at the behest of investigators over the previous phone call. At approximately 12:30 p.m., investigators searched CD-1 for contraband with negative results. Investigators surveilled the deal location and dropped CD-1 off at the location in preparation for the narcotics transaction. At approximately 12:57 p.m., "P" text messaged CD-1 and stated that his ("P's") courier would arrive in a white Toyota Tacoma. At approximately 1:08 p.m., a white Toyota Tacoma entered the McDonalds parking lot bearing Oregon license plate number SB40563. CD-1 walked towards the Tacoma, and entered through the passenger side door. The Tacoma then circled the parking lot and parked facing East towards the building. A query of the vehicle registration showed the owner of the Tacoma to be **Juan Delgado Blanco**.

10. While CD-1 was in the Tacoma with **Delgado Blanco**, CD-1 exchanged currency for approximately 2 pounds of meth contained in a target bag. After the exchange, CD-1 exited the vehicle with a white Target bag. At approximately 1:11 p.m., the Tacoma exited the parking lot, and agents followed the Tacoma as it traveled on I-5 towards Salem, Oregon.

Investigators still in the area retrieved CD-1 and transported them to a predetermined neutral location. Investigators searched CD-1 and found no contraband. CD-1 transferred approximately 979.6 gross grams (including packaging) of a white crystal-like substance vacuum sealed in 2 separate plastic bags. Investigators transported the narcotics back to the DEA Portland District Office where it tested presumptive positive for methamphetamine and was processed as evidence.

11. Investigators utilizing surveillance followed **Delgado Blanco** to his residence in Salem, Oregon 97301. Investigators observed the Tacoma park in the southwest corner of the parking lot in the complex and observed an individual exit the vehicle and go up a set of stairs. At approximately 1:47 p.m., investigators observed the individual enter the Tacoma and exit the lot. Investigators followed the Tacoma to the Marion County Sheriff's Office (MCSO) at 100 High Street NE, Salem, Oregon 97301. Investigators then observed **Delgado Blanco** enter the MCSO and wait in the lobby of the Sheriff's office. At approximately 2:41 p.m., investigators observed **Delgado Blanco** exit the Marion County Sheriff's Office, enter the Tacoma, and exit the parking lot. Investigators once again followed the Tacoma back to the Monroe Ave Apartments where they observed **Delgado Blanco** park and exit the Tacoma, and walk up a set of stairs to Apartment 202.

12. On June 1, 2023, a DEA agent contacted the MCSO for more information on **Delgado Blanco**, and why he had stopped at office. An individual from the MCSO reached out to DEA Portland with information pertaining to **Delgado Blanco** and his visit to the MCSO during surveillance after the buy/walk operation on May 30, 2023. Agents learned of a cell phone number for **Delgado Blanco** (xxx) xxx-6817, an alternate address for **Delgado Blanco** at 3342 Sunnyview Rd, Salem, Oregon, an employer, and **Delgado Blanco's** status on parole. An

individual at the MCSO also informed investigators that **Delgado Blanco** was checking in with his parole officer.

## Conclusion

13.     Based on the foregoing, I have probable cause to believe, and I do believe, that **Juan Delgado Blanco** committed the crime of Possession with Intent to Distribute Methamphetamine, in violation of 21 U.S.C. § 841(a)(1) on May 30, 2023. I therefore request that the Court issue a criminal complaint and arrest warrant for **Juan Delgado Blanco**

14.     Prior to being submitted to the Court, this affidavit, the accompanying complaint and the arrest warrant were all reviewed by Assistant United States Attorney (AUSA) Bryan Chinwuba. AUSA Chinwuba advised me that in his opinion the affidavit and complaint are legally and factually sufficient to establish probable cause to support the issuance of the requested criminal complaint and arrest warrant.

## Request for Sealing

15.     It is respectfully requested that the Court issue an order sealing, until further order of the Court, all papers submitted in support of the requested criminal complaint and arrest warrant. I believe that sealing these documents is necessary because the information to be seized is relevant to an ongoing investigation, and any disclosure of the information at this time may endanger the life or physical safety of an individual, cause flight from prosecution,

/ / /


/ / /



/ / /

**Page 7 – Affidavit of William Chipain**

cause destruction of or tampering with evidence, cause intimidation of potential witnesses, or otherwise seriously jeopardize an investigation. Premature disclosure of the affidavit, the criminal complaint, and the arrest warrant may adversely affect the integrity of the investigation.

<u>/s/ By Phone</u>
William Chipain
Special Agent
Drug Enforcement Administration

Sworn by telephone or other reliable means at 7:00 p.m. on June 13, 2023 in accordance with the requirements of Fed. R. Crim. P. 4.1.

_____
HONORABLE JOLIE A. RUSSO
United States Magistrate Judge

**Page 8 – Affidavit of William Chipain**